NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: MODERN WOODMEN OF AMERICA,
*Appellant*

---

### 2016-2306

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86/125,313.

---

## JUDGMENT

---

THOMAS JOSEPH MOORE, Bacon & Thomas, Alexandria, VA, argued for appellant. Also represented by THOMAS LEE.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Michelle K. Lee. Also represented by NATHAN K. KELLEY, THOMAS W. KRAUSE, CHRISTINA HIEBER, MAI-TRANG DUC DANG.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (WALLACH, CLEVENGER, and SCHALL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

<table>
<tr><td>April 10, 2017</td><td>/s/ Peter R. Marksteiner</td></tr>
<tr><td>Date</td><td>Peter R. Marksteiner<br>Clerk of Court</td></tr>
</table>